■

**IN RE: ESTATE OF Henry STEPHENS, Deceased**

**2939 EDA 2016**

Superior Court of Pennsylvania.

05/04/2017

No. 575 of 2013 (Delaware)

Quashed

■

**COM.**

**v.**

**LOWDEN, R.**

**830 MDA 2016**

Superior Court of Pennsylvania.

05/04/2017

CP–36–CR–0002232–2015 (Lancaster)

Affirmed

■

**COM.**

**v.**

**FOLKES, H.**

**1237 MDA 2016**

Superior Court of Pennsylvania.

05/04/2017

CP–36–CR–0005789–2014 (Lancaster)

Affirmed

**B.J.S.**

**v.**

**D.F.K.**

**1293 MDA 2016**

Superior Court of Pennsylvania.

05/04/2017

00306–DR–2009, PACSES No. 421111164 (Columbia)

Vacated/Remanded

■

**COM.**

**v.**

**ELLIS, M.**

**726 WDA 2016**

Superior Court of Pennsylvania.

05/04/2017

Reargument Denied 7/13/2017

CP–02–CR–0003801–2012 (Allegheny)

Affirmed